FILED
JOHN P. HEHMAN
CLERK

2013 NOV 15 AM 10: 42

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:13CR 127 |
| Plaintiff, | : | Judge |
| v. | : | WEBER |
| | : | **INFORMATION** |
| RONALD KARR, | : | |
| | : | 29 U.S.C. § 501(c) |
| Defendant. | : | |

The United States Attorney charges:

### COUNT 1

Beginning on or about January 1, 2006, and continuing up to and including February 21, 2011, in the Southern District of Ohio, the defendant, RONALD KARR, while an officer, that is, Treasurer of Electrical Workers IBEW Local 2359, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to the defendant's own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $158,150.01.

All in violation of Title 29, United States Code, Section 501(c).

CARTER M. STEWART
United States Attorney

ANTHONY SPRINGER
Cincinnati Branch Chief